# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404  Main
(631) 247-0417  Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS:  NOEL.TRIPP@JACKSONLEWIS.COM

May 23, 2025

**VIA ECF**



The Honorable Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

      Re:   *Evans v. Jay Conference Bryant Park LLC*
              *a/k/a Jay Suites, et al.*
              Case No.: 1:24-cv-04860 (JGLC)

Dear Judge Clarke:

      As counsel for Defendants Jay Conference Bryant Park LLC, Jack Srour, and Juda Srour (the "Jay Conference Defendants"), we write on consent of all Parties to respectfully request that the close of fact discovery be extended from June 6, 2025 to August 5, 2025 in the above-referenced matter. This is the Parties' second request to extend the fact discovery deadline. Your Honor granted the Parties' first request (ECF 24).

      On April 21, 2025, the Jay Conference Defendants substituted counsel. Since that time, the Jay Conference Defendants have responded to all of Plaintiffs' demands—and have produced documents which concern the Named Plaintiff and the opt-in Dedan Wilson (who joined this action on March 18, 2025) (ECF 26). Consistent with these efforts, the Parties have resumed mediation discussions. Accordingly, and in light of these recent developments, the Parties request an additional two months to provide time to: analyze and confer regarding the discovery productions; address any remaining discovery; and prepare for and conduct mediation. Should the Court require additional information regarding this request, the Parties are prepared to readily confer and provide same.

The Honorable Jessica G. L. Clarke, U.S.D.J.
May 23, 2025
Page 2

Relatedly, the Parties request that the Case Management Conference presently scheduled for June 18, 2025 be adjourned to August 6; August 7; or August 8, 2025, or any date thereafter that is convenient to the Court. We thank the Court for its consideration and continued attention to this matter.

> Respectfully submitted,
>
> JACKSON LEWIS, P.C.
>
> *Noel P. Tripp*
>
> Noel P. Tripp, Esq.
> Elyse L. Patterson, Esq.

cc:   All Counsel of Record (*via* ECF)

4907-5292-8326, v. 1

Application GRANTED. Deadline for fact discovery is extended to **August 5, 2025**. Parties to submit joint status letter by **August 8, 2025**. The conference scheduled for June 18, 2025 is ADJOURNED to **August 14, 2025** at 10:00 a.m. in Courtroom 11B, 500 Pearl Street, New York, NY 10007. The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 27, 2025
       New York, New York