UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACE EVANS, et al.,

                Plaintiffs,

-v-

JAY CONFERENCE BRYANT PARK LLC, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 4860 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On July 10, 2025, the Court was notified of the parties' successful mediation. (ECF No. 33). Accordingly, on or before **August 8, 2025**, the parties shall file their motion for Fair Labor Standards Act settlement approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated:    New York, New York
           July 11, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**