# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

August 6, 2025

**VIA ECF**

The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 18A
New York, NY 10007

> The parties' request at ECF No. 35 is **GRANTED**.  On or before **August 25, 2025,** the parties' shall file either a Cheeks application or notice of acceptance of an offer of judgment in accordance with F.R.C.P. 68 or, as necessary, a further status update.
>
> The case management conference scheduled for August 14, 2025 at 10:00 a.m. ET before Judge Clarke is **ADJOURNED** sine die to allow the parties to focus on settlement.
>
> The Clerk of Court is respectfully directed to close ECF No. 35.
>
> SO ORDERED.     August 6, 2025
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:     *Evans v. Jay Conference Bryant Park LLC a/k/a Jay Suites, et al.*
       Case No.: 1:24-cv-04860 (JGLC)

Dear Judge Cave:

        The parties write jointly pursuant to Your Honor's Individual Rules Section 1(D) and further to the Court's July 11, 2025 directive to advise that the parties have been conferring regarding anticipated resolution of the above-referenced matter and request an extension from August 8, 2025 until on or before August 25, 2025 to submit either a *Cheeks* application or notice of acceptance of an offer of judgment in accordance with F.R.C.P. 68 or, as necessary, a further status update. This is the parties' first request for such an extension.

        Relatedly, the parties request that the status conference scheduled for August 14, 2025 be adjourned to September 2, 2025 or any date thereafter that is most convenient to the Court.

                        Respectfully submitted,

                        *s/Noel Tripp*
                        Noel Tripp, Esq.
                        Elyse Patterson, Esq.

Cc: All Counsel of Record (via ECF)