UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
GRACE EVANS, on behalf of herself and           Civil Action No.:
others similarly situated,                                    24-cv-04860-JGLC

                Plaintiff,

      -against-                                           **JUDGMENT**

JAY CONFERENCE BRYANT PARK LLC a/k/a
JAY SUITES, JACK SROUR,
JUDA SROUR, and SHALIK HARFORD,

               Defendants.
---------------------------------------------------------------------X

      A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed on August 26, 2025; and Defendant Jay Conference Bryant Park LLC a/k/a Jay Suites, having offered to entry of judgment to be taken against it, and in favor of Plaintiff Grace Evans in this action of Three Thousand Dollars ($3,000.00), which includes attorneys' fees and costs incurred to the date of this offer; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Grace Evans and against Defendant Jay Conference Bryant Park LLC a/k/a Jay Suites in this action for the total of Three Thousand Dollars ($3,000.00), which includes attorneys' fees and costs incurred to the date of this offer.

The Clerk of Court is respectfully directed to close the case.
SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 26, 2025
       New York, New York