UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
GRACE EVANS, on behalf of herself and   Civil Action No.:
others similarly situated,   24-cv-04860-JGLC

                                  Plaintiff,

         -against-   **JUDGMENT**

JAY CONFERENCE BRYANT PARK LLC a/k/a
JAY SUITES, JACK SROUR,
JUDA SROUR, and SHALIK HARFORD,

                                 Defendants.
---------------------------------------------------------------------X

       A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed on August 26, 2025; and Defendant Jay Conference Bryant Park LLC a/k/a Jay Suites, having offered to entry of judgment to be taken against it, and in favor of Opt-In Plaintiff Dedan Wilson in this action of Two Thousand Dollars ($2,000.00), which includes attorneys' fees and costs incurred to the date of this offer; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Opt-In Plaintiff Dedan Wilson and against Defendant Jay Conference Bryant Park LLC a/k/a Jay Suites in this action for the total of Two Thousand Dollars ($2,000.00), which includes attorneys' fees and costs incurred to the date of this offer.

The Clerk of Court is respectfully directed to close the case.
SO ORDERED.

                                        *Jessica Clarke*

                                  JESSICA G. L. CLARKE
                                  United States District Judge

Dated: August 26, 2025
       New York, New York